| | |
|---|---|
| 1 | DIVERSITY LAW GROUP, P.C. |
|   | Larry W. Lee (State Bar No. 228175) |
| 2 | lwlee@diversitylaw.com |
|   | Simon L. Yang (State Bar No. 260286) |
| 3 | sly@diversitylaw.com |
|   | 515 South Figueroa Street, Suite 1250 |
| 4 | Los Angeles, California 90071 |
|   | Telephone:  (213) 488-6555 |
| 5 | Facsimile: (213) 488-6554 |
| 6 | Attorneys for Plaintiff |
| 7 | Spencer C. Skeen CA Bar No. 182216 |
|   | spencer.skeen@ogletree.com |
| 8 | Jesse C. Ferrantella CA Bar No. 279131 |
|   | jesse.ferrantella@ogletree.com |
| 9 | Cameron O. Flynn CA Bar No. 301830 |
|   | cameron.flynn@ogletree.com |
| 10 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|   | 4660 La Jolla Village Drive, Suite 900 |
| 11 | San Diego, CA  92122 |
|   | Telephone:  858-652-3100 |
| 12 | Facsimile: 858-652-3101 |
| 13 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | JEFFREY ANDERSON, as an individual and on behalf of all others similarly situated, and as a private attorney general, | Case No. 2:23-cv-06111-HDV-E |
| 17 | | [*Assigned to Honorable Hernan D. Vera*] |
| 18 | Plaintiff, | |
| 19 | vs. | **STIPULATION OF VOLUNTARY DISMISSAL** |
| 20 | NATIONAL READY MIXED CONCRETE CO., a California corporation; and DOES 1 through 50, inclusive, | |
| 21 | | |
| 22 | Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Jeffrey Anderson, and Defendant, National Ready Mixed Concrete Co., hereby stipulate to the dismissal of this action in its entirety, with prejudice as to Anderson's individual claims (including any individual PAGA claims), and without prejudice as to representative PAGA claims.[1]

DATED: May 20, 2024             DIVERSITY LAW GROUP, P.C.

                                By: /s/ Simon L. Yang
                                    Larry W. Lee
                                    Simon L. Yang
                                Attorneys for Plaintiff

DATED: May 20, 2024             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                By: /s/ Jesse C. Ferrantella
                                    Jesse C. Ferrantella
                                Attorneys for Defendant

---

[1] Plaintiff's class claims were previously dismissed by order of this Court. (ECF No. 34.)